# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------X
HOWMEDICA OSTEONICS CORP.,
a subsidiary of STRYKER
CORPORATION, a New Jersey
corporation,

                                        **Civil Action No. 2:19-cv-21773**

                    Plaintiff,
    v.

STEVEN GARRETT, an individual,

                    Defendant.
------------------------------------------------X

**TO:**   Steven Garrett
        13250 S. 117th E. Ct.,
        Broken Arrow, OK  74011

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that in accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure, and the Court's Order dated December ___, 2019, permitting expedited discovery, Plaintiff Howmedica Osteonics Corp., a subsidiary of Stryker Corporation ("Howmedica" or "Plaintiff"), by its undersigned attorneys, will take the deposition upon oral examination of Steven Garrett commencing on a date to be determined and continuing from day to day until completed, for a maximum of three (3) hours, at the offices of Proskauer Rose LLP, Eleven Times Square New York, New York 10036, or such other location as

may be agreed upon, before an officer duly authorized to administer oaths.  The testimony shall be recorded by stenographic means and it shall be videotaped.

Dated:  December 23, 2019

                PROSKAUER ROSE LLP

                By: */s/ John Barry*
                John P. Barry
                Joseph C. O'Keefe
                Proskauer Rose LLP
                Eleven Times Square
                New York, NY 10036-8299
                Phone: 212-969-3000
                Fax: 212-969-2900
                jbarry@proskauer.com

                Joseph C. O'Keefe
                Eleven Times Square
                New York, NY 10036-8299
                Phone: 212-969-3019
                Fax: 212-969-2900
                jokeefe@proskauer.com

                Guy Brenner
                1001 Pennsylvania Ave, NW, Suite 600S
                Washington, DC 20004
                Phone: (202) 416-6830
                Fax: (202) 416-6899
                gbrenner@proskauer.com

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ___ day of December, 2019, I caused a copy of the foregoing to be served via electronic transmission upon the parties listed below.

                                        Steven Garrett
                                 13250 S. 117th E. Ct.,
                                Broken Arrow, OK  74011


                                  */s/ John Barry*